HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HOPE ALLEY, Bar #314109
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ROSENDO GARZA-VILLARREAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

vs.

ROSENDO GARZA-VILLARREAL,

              Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:18-cr-00167-LJO

STIPULATION TO AMEND THE RELEASE ORDER

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Laura Withers, counsel for plaintiff, and Assistant Federal Defender Hope Alley, counsel for Defendant Rosendo Garza-Villarreal, that the Court amend the minute order issued on July 24, 2018.  The parties agree that the current order, which requires pretrial services, defense counsel, and the courtroom deputy to set a release date after the property bond is posted, should be amended to read "Defendant is ordered released upon the posting of the property bond."

      At the detention hearing on July 24, 2018, United States Magistrate Judge Barbara McAuliffe ordered Mr. Garza-Villarreal released pending the posting of a property bond. However, the current minute order suggests that a release date will be designated after the property bond has been posted.  The parties therefore stipulate to amend the minute order to read that

"Defendant is ordered released upon the posting of the property bond."

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: July 27, 2018      */s/ Laura Withers*
LAURA WITHERS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 27, 2018      */s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
ROSENDO GARZA-VILLARREAL

## **O R D E R**

Pursuant to the parties' stipulation, the Court amends the minute order as follows: the Court strikes "after the property bond is posted, PTS, Defense counsel shall work with courtroom deputy for a DATE Dft is to be released from custody" and replaces it with "Defendant is ordered released upon the posting of the property bond." Defendant will be released only upon the posting of the property bond and not before it is posted.

IT IS SO ORDERED.

Dated:   **July 27, 2018**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE