# UNITED STATES DISTRICT COURT
для
## Eastern District of California



FILED

AUG 14 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

UNITED STATES OF AMERICA,   )
                            )
v.                          )
                            )   Case No.   1:18-cr-00167-LJO-SKO
ROSENDO GARZA-VILLARREAL    )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   **U.S. DISTRICT COURT, 2500 Tulare Street, Fresno, California**
                                                *Place*

**U.S. MAGISTRATE JUDGE SHEILA K. OBERTO in courtroom 7 (unless another courtroom is designated)**

on                **OCTOBER 15, 2018 at 1:00 PM**
                         *Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance and Compliance Bond, if ordered.

**TO U.S. MARSHAL OFFICE:   DEFENDANT IS ORDERED TO BE RELEASED TODAY.**

(Copies to:   Defendant (through PTS) DEFENSE COUNSEL PRETRIAL SERVICES   US ATTORNEY US MARSHAL)

**GARZA-Villareal, Rosendo**
**Dkt. No. 18-0112m**

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☑ (6) The defendant is placed in the custody of:

Name of person or organization   Rosa Maria Garza

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: *Rosa Maria Garza*
CUSTODIAN

☑ (7) The defendant must:

☑ (a) report on a regular basis to the following agency:
Pretrial Services and comply with their rules and regulations;

☑ (b) report in person to the Pretrial Services Agency on the first working day following your release from custody;

☑ (c) travel restricted to Fresno County, unless otherwise approved in advance by PSO;

☑ (d) report any contact with law enforcement to your PSO within 24 hours;

☑ (e) provide documentation to Pretrial Services from Immigration officials authorizing you to obtain lawful employment in the United States;

☑ (f) not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition, currently under your control;

☑ (g) refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medical marijuana, prescribed and/or recommended, may not be used;

☑ (h) not apply for or obtain a passport or any other traveling documents during the pendency of this case;

☑ (i) execute a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property: A total equity property bond, not less than $100,000, secured by equity in property owned by Rosendo Garza-Villareal;

☑ (j) **USMS SPECIAL INSTRUCTIONS:**

have your release on bond delayed until a date and time to be coordinated between Pretrial Services, defense counsel and the courtroom deputy clerk, following the posting of the property bond.

| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
|   | Federal Defender |
| 2 | HOPE ALLEY, Bar #314109 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
|   | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
|   | ROSENDO GARZA-VILLARREAL |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:18-cr-00167-LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO AMEND THE RELEASE |
| vs. | ) ORDER |
| ROSENDO GARZA-VILLARREAL, | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Laura Withers, counsel for plaintiff, and Assistant Federal Defender Hope Alley, counsel for Defendant Rosendo Garza-Villarreal, that the Court amend the minute order issued on July 24, 2018. The parties agree that the current order, which requires pretrial services, defense counsel, and the courtroom deputy to set a release date after the property bond is posted, should be amended to read "Defendant is ordered released upon the posting of the property bond."

At the detention hearing on July 24, 2018, United States Magistrate Judge Barbara McAuliffe ordered Mr. Garza-Villarreal released pending the posting of a property bond. However, the current minute order suggests that a release date will be designated after the property bond has been posted. The parties therefore stipulate to amend the minute order to read that

"Defendant is ordered released upon the posting of the property bond."

                                      Respectfully submitted,

                                      MCGREGOR W. SCOTT
                                      United States Attorney

Date: July 27, 2018                  */s/ Laura Withers*
                                      LAURA WITHERS
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


                                      HEATHER E. WILLIAMS
                                      Federal Defender

Date: July 27, 2018                  */s/ Hope Alley*
                                      HOPE ALLEY
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      ROSENDO GARZA-VILLARREAL


## ORDER

Pursuant to the parties' stipulation, the Court amends the minute order as follows: the Court strikes "after the property bond is posted, PTS, Defense counsel shall work with courtroom deputy for a DATE Dft is to be released from custody" and replaces it with "Defendant is ordered released upon the posting of the property bond." Defendant will be released only upon the posting of the property bond and not before it is posted.

IT IS SO ORDERED.

Dated: __July 27, 2018__                       /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT: **Rosendo Garza-Villareal**

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

(x) *Rosendo Garza*
*Defendant's Signature*

### Directions to the United States Marshal

(X) The defendant is ORDERED released after processing.

Date: 8/14/18

*Judicial Officer's Signature*

**BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE**
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL