| 1 | VICTOR M. CHAVEZ, Bar #113752 |
| 2 | Attorney at Law |
|   | P.O. Box 5965 |
|   | Fresno, California 93755 |
| 3 | Telephone: (559) 824-6293 |
| 4 | Counsel for Defendant |
|   | ROSENDO GARZA-VILLAREAL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00167-NONE |
|---|---|
| *Plaintiff,* | STIPULATION CONTINUING SENTENCING; PROPOSED ORDER |
| vs. | |
| ROSENDO GARZA-VILLAREAL | DATE: August 7, 2020 |
|   | TIME: 8:30 a.m. |
| *Defendant.* | JUDGE: Hon. DALE A. DROZD |

IT IS HEREBY STIPULATED by the parties through their respective counsel that the sentencing hearing now set for May 29, 2020 may be continued to August 7, 2020.

The defense has proposed this stipulation because due to medical issues defense counsel was recently unavailable for a presentence interview and the current Covid-19 pandemic precludes mitigation, investigation and sentencing preparation at this time. The parties are requesting a date approximately 60 days out.

Respectfully submitted,

Dated: April 9, 2020  */s/ Victor M. Chavez*
VICTOR M. CHAVEZ
Attorney for Defendant
ROSENDO GARZA-VILLAREAL

Dated: April 9, 2020  */s/ Laura D. Withers*
LAURA D. WITHERS
Assistant U.S. Attorney for Plaintiff

**ORDER**

Pursuant to the parties' stipulation, the sentencing hearing currently set for May 29, 2020 is hereby continued to August 7, 2020 at 10:00 a.m. in Courtroom No. 5.

IT IS SO ORDERED.

Dated: **April 10, 2020**

_____
UNITED STATES DISTRICT JUDGE