VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
P.O. Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
ROSENDO GARZA-VILLARREAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>ROSENDO GARZA-VILLARREAL<br><br>*Defendant.* | Case Nos. 1:18-CR-00167-NONE<br>1:18-CR-00202-NONE<br><br>**DEFENDANT'S MOTION TO EXONERATE SURETIES AND RECONVEY DEED OF TRUST; PROPOSED ORDER; Fed. R. Crim. P. 46(g); Exhibit A**<br><br>Judge: Hon. Dale A. Drozd |

Defendant, Rosendo Garza-Villarreal moves this Court pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure for an order exonerating sureties and reconveying the Deed of Trust with Assignment of Rents currently on file with the Fresno County Recorder as Document # 2018-0097618 to the Trustor, Rosendo Garza-Villarreal. He has complied with all conditions of his bond and no conditions remain to be satisfied.

Fed. R. Crim. P., Rule 46(g) provides in pertinent part: The court must exonerate the surety and release any bail when a bond condition has been satisfied or when the court has set aside or remitted the forfeiture.

## PROCEDURAL HISTORY

On July 24, 2018 release conditions were set in case no. 1:18-CR-00167-NONE to include a full equity property bond of not less than $100,000., (Doc. 6).  On August 16, 2018 Mr. Garza-Villarreal appeared for a detention hearing in case no. 1:18-mj-00135-EPG, a violation of supervised release from the District of Arizona.  The Court adopted the same conditions of release as in the first case, (Doc. 3,4).  Thereafter jurisdiction of the Arizona case was transferred to this district and assigned case no. 1:18-CR-00202-NONE, Doc. 2,3.  Defendant was released from custody on the property bond on both cases on August 29, 2018, Doc. # 14,15 of case no. 1:18-CR-00167.

Defendant was sentenced on case no. 1:18-CR-00167-NONE on August 7, 2020 and given a surrender date of October 7, 2020, Doc. 42. On October 1, 2020 he was sentenced on the violation case, No. 1:18-CR-00202-NONE, Doc. 15.   On October 7, 2020 Mr. Garza-Villarreal surrendered to the U.S. Marshals and was booked into the Fresno County Jail.  Eventually he was transported to Atwater USP where he is serving his sentence. (Exhibit A, email from United States Marshals confirming that defendant surrendered on October 7, 2020 and BOP Inmate Locator document stating that he is currently at Atwater USP).

Mr. Garza-Villarreal has complied with all conditions of his bond and no conditions remain to be satisfied therefore his bail must be exonerated.

Respectfully submitted,

Dated: November 12, 2020           */s/Victor M. Chavez*

                                                  VICTOR M. CHAVEZ
Attorney for Defendant
ROSENDO GARZA-VILLARREAL

**PROPOSED ORDER**

IT IS HEREBY ORDERED that the surety is exonerated and that the Clerk of the Court shall reconvey the Deed of Trust with Assignment of Rents currently on file with the Fresno County Recorder as Document # 2018-0097618 to the Trustor, Rosendo Garza-Villarreal.

IT IS SO ORDERED.

Dated:   **November 13, 2020**                    _Dale A. Drozd_
                                           UNITED STATES DISTRICT JUDGE